UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA                         Case No. 07 Cr. 387 (CLB)

    -against-                                       **NOTICE OF APPERANCE**

SAILE PARRA

                           Defendant.
-----------------------------------------------------------X

TO: CLERK OF COURT S.D.N.Y.

SIR:

    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION

    I AM APPEARING IN THIS ACTION

    1. [ ] CJA          2. [ X ] RETAINED          3. [ ] PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT [ ] NO [ X] YES  -IF YES GIVE YOUR
                           ADMISSION. MO. <u>JANUARY</u>  YR. <u>1985</u>

    I DO HEREBYCERTIFY THAT I FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: BRONX, NEW YORK
        DECEMBER 20, 2007

                                                SIGNATURE: <u>JUSTIN LEVINE</u>

                                                <u>JUSTIN LEVINE, ESQ.</u>
                                                Attorney for Defendant

                                                <u>SEIJAS, LEVINE & GREIFINGER</u>
                                                Firm name if any

                                                <u>191 East 161 Street</u>
                                                Street Address

                                                <u>Bronx</u>         <u>New York</u>      <u>10451</u>
                                                City            State            Zip

                                                <u>(718)992-9600</u>
                                                Telephone

Case 7:07-cr-00387-CM     Document 41     Filed 12/21/2007     Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA                    Case No. 07 Cr. 387 (CLB)

    -against-                                **NOTICE OF APPERANCE**

SAILE PARRA

                            Defendant.
------------------------------------------------------------X

TO: CLERK OF COURT S.D.N.Y.

SIR:

    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION

    I AM APPEARING IN THIS ACTION

    1.  [  ] CJA          2.  [ X ] RETAINED          3.  [  ] PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT [  ] NO  [ X] YES  -IF YES GIVE YOUR
                              ADMISSION. MO. JANUARY  YR. 1985

    I DO HEREBYCERTIFY THAT I FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: BRONX, NEW YORK
         DECEMBER 20, 2007

                                          SIGNATURE: JUSTIN LEVINE

                                          JUSTIN LEVINE, ESQ.
                                          Attorney for Defendant

                                          SEIJAS, LEVINE & GREIFINGER
                                          Firm name if any

                                          191 East 161 Street
                                          Street Address

                                          Bronx        New York      10451
                                          City          State          Zip

                                          (718)992-9600
                                          Telephone