# *UNITED STATES DISTRICT COURT*



FOR THE

SOUTHERN DISTRICT OF NEW YORK

---------

**UNITED STATES OF AMERICA,**       :

     v.                    :        S5 07 Cr. 0387(~~CLB~~) Cm

**SAILE PARRA,**                 :

               Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       **SAILE PARRA,** the above-named defendant, who is accused of violating Title 18,

United States Code, Sections 1951 and 1201; Title 18, United States Code, Sections

924(c)(1)(A)(ii) and Title 18, United States Code, Sections 2 and 1001, having been advised of

the nature of the charge and of his rights, hereby waives in open court prosecution by indictment

and consents that the proceeding may be by information instead of by indictment.

                                    _____

                                       Defendant.

                                      _____

                                       Counsel for Defendant.

Date:   White Plains, New York

        ~~February   , 2008~~

        March 11, 2008